# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3583

_____

Eugenio Chacon-Ruiz

*Petitioner*

v.

William P. Barr, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: January 10, 2020
Filed: January 15, 2020
[Unpublished]

_____

Before GRUENDER, BEAM, and KELLY, Circuit Judges.

_____

PER CURIAM.

Eugenio Chacon-Ruiz, a citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals (BIA), which rejected his assertion that the agency lacked jurisdiction to order him removed, and denied his motion to remand based on

new evidence that he contended established his eligibility for cancellation of removal.[1]

After careful review, this court concludes that Chacon-Ruiz's challenge to the agency's jurisdiction over his removal proceedings is foreclosed by this court's precedent, see Ali v. Barr, 924 F.3d 983, 986 (8th Cir. 2019); and his challenge to the denial of his motion to remand constitutes a disagreement with the BIA's weighing of discretionary hardship factors, and thus falls outside the scope of this court's review, see 8 U.S.C. §§ 1229b(b)(1), 1252(a)(2)(B); Caballero-Martinez v. Barr, 920 F.3d 543, 548 n.1 (8th Cir. 2019).

Accordingly, the petition for review is denied in part and dismissed in part.

———————————————————

[1]The remainder of the BIA's order is not before this panel. See Chay-Velasquez v. Ashcroft, 367 F.3d 751, 756 (8th Cir. 2004) (claim not raised in opening brief is waived).